UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Thomas Michael Stevens, Sr., | ) | Case No. 11-23078 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: February 14, 2012 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: Baldi Berg & Wallace, Ltd.

Authorized to Provide
Professional Services to: Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment: November 8, 2011

Period for Which
Compensation is sought: September 14, 2011 to Close of Case

Amount of Fees sought: $997.00

Amount of Expense
Reimbursement sought: $0.00

This is an:   Interim Application __   Final Application  _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | **Not Applicable** | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___.

Dated: December 9, 2011        Baldi Berg & Wallace, Ltd.

                        By: ____/s/_____
                              Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Thomas Michael Stevens, Sr., | ) | Case No. 11-23078 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: February 14, 2012 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of Final Compensation
of Baldi Berg & Wallace, Ltd., Attorneys for Trustee**

Baldi Berg & Wallace, Ltd. ("BBW"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Thomas Michael Stevens, Sr., debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to BBW of $997.00, as final compensation for 5.00 hours of legal services rendered to the Trustee from September 14, 2011 through the close of this case. In support thereof, BBW respectfully states as follows:

### Introduction

1.  Debtor commenced this case on May 31, 2011 by filing a voluntary petition for relief under chapter 7 of the Code.

2.  Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.  The Estate's primary assets were the Debtor's interest in an automobile ("Vehicle").

4.  The bar date for filing claims in this case was December 1, 2011.

### Retention of Baldi Berg & Wallace, Ltd.

5.  On November 8, 2011, the Court entered an ordered authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as his counsel in this case. A copy of the order authorizing Trustee to retain BBW is attached hereto as Exhibit A. BBW has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the BBW attorney who performed legal services for the Trustee during the period covered by this Application is set forth in Exhibit B. A listing of the attorney and paralegal who were responsible for representing the Trustee during the period covered by this fee application, their position with the firm, hourly rate(s) and the total hours expended by each professional is detailed below:

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Joseph A. Baldi | Principal | $425.00 | 0.20 | $85.00 |
| Ricki K. Podorovsky | Paralegal | $190.00 | 4.80 | $912.00 |
| **TOTALS** | | | **5.00** | **$ 997.00** |

**Prior Compensation Received**

7. This is the first and final application ("Application") for allowance and payment of compensation that BBW will file in this case.

**Services Rendered by Baldi Berg & Wallace, Ltd.**

8. Itemized and detailed descriptions of the specific services rendered by BBW to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of the attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

9. The services rendered by BBW during the period covered by this Application is as follows: BBW advised the Trustee as to the sale of the equity in the Vehicle to the Debtor; BBW prepared the Trustee's Motion to Retain Attorneys; BBW prepared the Trustee's Motion to Sell the Estate's interest in the Vehicle to the Debtor; BBW prepared the Notice to Creditors of the proposed sale; and BBW prepared this final fee application. In connection with the foregoing, BBW spent 5.00 hours of service for which it requests allowance and payment of final compensation in the amount of $997.00.

2

**Compensation Requested**

10. BBW has expended a total of 5.00 hours for the services described and categorized in paragraph 9 above. The total value of and the amount of compensation requested herein for those services is $997.00.

11. All of the services performed by BBW were required for the proper representation of the Trustee in this case, were authorized by this Court and were performed by BBW at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BBW's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BBW for which compensation is requested. .

12. The rates charged by the attorneys and paralegals of BBW in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C and is summarized on the table in paragraph 6 above. The billing statement attached hereto as Exhibit C contains a comprehensive summary of each person who performed services for the Trustee, the number of hours they expended in each category and the compensation requested therefore.

13. This Application includes time and a request for compensation for services relative to the preparation of this Application. The total hours spent in the preparation of the Application is 1.30 hours of services for which compensation is requested in the amount of $247.00. This Application represents the first and final application for compensation that BBW will file in this case.

**Payment of Compensation**

14. BBW has not entered into any agreement or understanding of any kind, express or

implied, with any other entity to share any compensation received or to be received by BBW for services rendered to the Trustee in connection with this case.

15. BBW has not previously received or been promised any payments for services rendered in this case.

16. The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case. BBW requests that the Trustee be authorized to pay the compensation awarded herein as part of the Trustee's final distribution in this case.

### Status of the Case

18. The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed his Final Report simultaneously herewith. A Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

20   Trustee currently has approximately $4,500.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to Baldi Berg & Wallace, Ltd. in connection with this final fee application, and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21. Following payment of all Chapter 7 administrative expenses set forth above, BBW estimates there will be funds available to make a partial distribution to general unsecured creditors

equal to approximately 3.4% of allowed timely filed claims.

### Trustee's Approval

22.     BBW certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, BBW, attorneys for Joseph A. Baldi, as Trustee, requests the entry of an order providing the following:

A.     Allowing to Baldi Berg & Wallace, Ltd. final compensation in the amount of $997.00 for actual and necessary professional services rendered to the Trustee from September 14, 2011 through the closing of this case;

B.     Authorizing the Trustee to pay the amount awarded herein from the funds on hand in the Estate as part of the Trustee's final distribution n this case; and

C.     For such other and further relief as this Court deems appropriate.

Dated:  December 9, 2011                     Baldi Berg & Wallace, Ltd.

                                             Attorneys for Joseph A. Baldi, as trustee of the estate
                                             of Thomas Michael Stevens, Sr., debtor


                                             By:____/s/_____
                                                  Joseph A. Baldi

Joseph A. Baldi/Atty ID 00100145
Elizabeth C. Berg/Atty ID 6200886
19 South LaSalle St., Suite 1500
Chicago, IL  60603
312.726.8150

5

**Baldi & Associates**  
**Final Fee Application**

**Thomas Michael Stevens, Sr., Debtor**  
**Case No. 11-23078**

Retention Order

Exhibit A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                )        BK No.:  11-23078
Thomas Michael Stevens, Sr.,          )
                                      )        Chapter: 7
                                      )
                                      )        Honorable Carol A. Doyle
                                      )
        Debtor(s)                     )

## Order Authorizing Trustee to Employ Attorneys

   THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi; due and proper notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Thomas Michael Stevens, Sr., debtor, is authorized to employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Enter:   /s/ Carol A. Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: November 08, 2011

**Prepared by:**

Joseph A. Baldi/ID No. 00100145
Elizabeth C. Berg/I.D. No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St. Suite 1500
Chicago, Illinois 60611
(312) 726-8150

**Baldi & Associates**  **Thomas Michael Stevens, Sr., Debtor**
**Final Fee Application**  **Case No. 11-23078**

Professional Qualifications

Exhibit B

Case 11-23078   Doc 24   Filed 01/09/12   Entered 01/09/12 12:56:19   Desc Main
Document     Page 9 of 15

**Baldi & Associates**  **Thomas Michael Stevens, Sr., Debtor**
**Final Fee Application**  **Case No. 11-23078**

## Joseph A. Baldi

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg & Wallace, Ltd. (formerly Joseph A. Baldi & Associates, P.C.). Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group. In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors. He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees. Mr. Baldi has counseled both individual and corporate debtors in chapter 7, chapter 13 and chapter 11 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois. In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers. He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest. He is a member of the Chicago Bar Association, the National Association of Bankruptcy Trustees and the American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission. Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from Western Illinois University.

**Baldi & Associates**                                   **Thomas Michael Stevens, Sr., Debtor**
**Final Fee Application**                                                **Case No. 11-23078**

Billing Statements

Exhibit C

**Baldi & Associates**                                   **Thomas Michael Stevens, Sr., Debtor**
**Final Fee Application**                                                **Case No. 11-23078**

**Baldi Berg & Wallace, Ltd.**
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:**   (312) 726-5067

**FEIN:** 36-4352753

---

**Invoice submitted to:**

December 7, 2011
Invoice No:   01995

Joseph A. Baldi, Trustee
Baldi Berg & Wallace
19 S. LaSalle St., Suite 1500
Chicago, IL 60603

**In Reference to:**   *Stevens, Thomas Michael - General Administratio*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 9/14/2011 | RKP | Phone call to Geraci Law re: offer to purchase equity in vehicle | 0.20<br>$190.00/ hr | $38.00 |
| 9/22/2011 | RKP | Review offer letter received from debtor (.1); review schedules and case information in consideration of offer (.1); memo to Trustee re: same (.1). | 0.30<br>$190.00/ hr | $57.00 |
| 10/05/2011 | RKP | Draft motion to sell property to debtor (1.0); draft notice of hearing (.4); draft motion to employ attorneys (.5); draft affidavit (.1) and proposed orders (.2) | 2.20<br>$190.00/ hr | $418.00 |
| 10/06/2011 | RKP | Amend motion to sell per J. Baldi (.40); amend order (.10); and notice (.10); prepare motion to employ for filing and service (.20). | 0.80<br>$190.00/ hr | $152.00 |
| 11/08/2011 | JAB | Review docket re granting of Stevens (Doyle)-Motions to Employ BBW and to Sell Property to Debtor | 0.20<br>$425.00/ hr | $85.00 |
| 12/07/2011 | RKP | Prepare BBW final fee application (1.0); coversheet (.1); affidavit (.1); and proposed order (.1) | 1.30<br>$190.00/ hr | $247.00 |

**Baldi Berg & Wallace, Ltd**                                                              12/07/2011

Stevens, Thomas Michael - General Administratio                                      Page    2

---

|                       |            |
|-----------------------|-----------:|
| Total Fees            |    $997.00 |
| Total New Charges     |    $997.00 |
| Previous Balance      |      $0.00 |
| Balance Due           |    $997.00 |

### Timekeeper Summary

| Name              | Hours | Rate     |
|-------------------|-------|----------|
| Joseph A Baldi    | 0.20  | $425.00  |
| Ricki K Podorovsky| 4.80  | $190.00  |

**Baldi & Associates**  **Thomas Michael Stevens, Sr., Debtor**
**Final Fee Application**  **Case No. 11-23078**

Rule 2016 Affidavit

Exhibit D

Case 11-23078    Doc 24    Filed 01/09/12    Entered 01/09/12 12:56:19    Desc Main
              Document       Page 14 of 15

**Baldi & Associates**  **Thomas Michael Stevens, Sr., Debtor**
**Final Fee Application**  **Case No. 11-23078**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Thomas Michael Stevens, Sr., | ) | Case No. 11-23078 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

Rule 2016 Affidavit

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am a shareholder of Baldi Berg & Wallace, Ltd. and am authorized to execute this affidavit on behalf of Baldi Berg & Wallace, Ltd.

2. I have read the Application for Allowance and Payment of Final Compensation of Baldi Berg & Wallace, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg & Wallace, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg & Wallace, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg & Wallace, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd.

5. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this ___ day of December, 2011

_____
Notary Public

OFFICIAL SEAL
ELIZABETH C. BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2012

Exhibit D