# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
STEVENS SR., THOMAS MICHAEL § Case No. 11-23078
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
        10:30 a.m.
        on Tuesday, February 14, 2012
        in Courtroom   742, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

    If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth Gardner_____
                                                                                     Clerk of Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
STEVENS SR., THOMAS MICHAEL             §    Case No. 11-23078
                                        §
         Debtor(s)                      §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,500.04 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,500.04 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,125.00 | $ 0.00 | $ 1,125.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 997.00 | $ 0.00 | $ 997.00 |

Total to be paid for chapter 7 administrative expenses         $         2,122.00
Remaining Balance                                               $         2,378.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,858.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commerce Bank | $ 12,061.67 | $ 0.00 | $ 404.79 |
| 000002 | Discover Bank | $ 13,176.46 | $ 0.00 | $ 442.21 |
| 000003 | FIA CARD SERVICES, N.A. | $ 32,886.88 | $ 0.00 | $ 1,103.70 |
| 000004 | Fifth Third Bank | $ 12,733.56 | $ 0.00 | $ 427.34 |

Total to be paid to timely general unsecured creditors     $     2,378.04

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Thomas Michael Stevens  
    Debtor

Case No. 11-23078-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dross     Page 1 of 2     Date Rcvd: Jan 09, 2012  
                 Form ID: pdf006     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2012.

```
db          +Thomas Michael Stevens, Sr.,   5304 South New Castle,   Chicago, IL 60638-1106
17351791    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
17351792    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
17773096     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17351796    +Fifth Third BANK,   Attn: Bankruptcy Dept.,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
17821505    +Fifth Third Bank,   P.O. Box 829009,   Dallas, TX 75382-9009
17351794    +HSBC BANK,   Attn: Bankruptcy Dept.,   Po Box 5253,   Carol Stream, IL 60197-5253
17351793    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
17351789   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
             MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo HM Mortgag,   Attn: Bankruptcy Dept.,
             8480 Stagecoach Cir,   Frederick, MD 21701)
17351790    +WFM/WBM,   Attn: Bankruptcy Dept.,   1100 Corporate Center Dr,   Raleigh, NC 27607-5066
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17351795    +E-mail/Text: bankruptcy@commercebank.com Jan 10 2012 05:19:12     Commerce BK,
             Attn: Bankruptcy Dept.,   911 Main St,   Kansas City, MO 64105-2009
17756409     E-mail/Text: bankruptcy@commercebank.com Jan 10 2012 05:19:12     Commerce Bank,   P O BOX 419248,
             KCREC-10,   Kansas City, MO 64141-6248
17765999     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 10 2012 04:21:03     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17351797    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 10 2012 04:21:03     Discover FIN SVCS LLC,
             Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
                                                                                             TOTAL: 4
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty          Baldi Berg & Wallace, Ltd
17351798   ##+BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 17054,   Wilmington, DE 19850-7054
17351788   ##+Nationwide Credit & CO,   Attn: Bankruptcy Dept.,   9919 W Roosevelt Rd,
             Westchester, IL 60154-2771
                                                                                   TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: dross              Page 2 of 2             Date Rcvd: Jan 09, 2012
                               Form ID: pdf006          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2012 at the address(es) listed below:

          Jonathan D Parker   on behalf of Debtor Thomas Stevens ndil@geracilaw.com
          Joseph A Baldi    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Trustee Joseph Baldi jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                              TOTAL: 4